[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:26-cv-01665 Document #: 1 Filed: 02/10/26 Page 1 of 13 PageID #:1



RECEIVED

2/10/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Donnell Cosby

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Thomas Dart

Cook County Health/Stroger Hospital
(unknown nurses and doctors at the moment)

Cermak Health Services
(unknown nurses and doctors at the moment)

Command Staff

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**1:26-cv-1665**
**Judge Franklin U. Valderrama**
**Magistrate Judge Jeffrey T. Gilbert**
**PC 6**
**Random/ Cat. 3**

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

_____✓____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:26-cv-01665 Document #: 1 Filed: 02/10/26 Page 2 of 13 PageID #:2

1 of 2

I.  **Plaintiff(s):**

A.  Name: Donnell Cosby

B.  List all aliases: N/A

C.  Prisoner identification number: 20251112112

D.  Place of present confinement: Cook County Jail

E.  Address: 2800 S California Ave Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: Sheriff Thomas Dart

Title: Sheriff

Place of Employment: Cook County Department of Corrections

B.  Defendant: Cook County Health Services/Stroger hospital

Title: Hospital Surgeon /orthopedic clinic

Place of Employment: Stroger hospital

C.  Defendant: Cermak Health Services

Title: nurses/doctors

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Continued From page 2

II. Defendant(s):

A. Defendant: Command Staff

Title: Lower Securities

Place of Employment: Cook County Jail

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was put in Cook County Jail Nov 11 or 12th 2025 while being admitted In Jail I had a prior Incident where my finger was cut due to an accident on oct 29th 2025 My Right pincky was cut to the tendon and nerve so I was reffered by south shore hospital to go see a specilist hand surgeon at university of chicago but I had ended up in Jail before I was able to go. So when I was admitted into Cook county Jail Seeing the doctors in cook county Jail from Cermak Health services suggested for me to see a hand Sugeon for my Right hand pinky. So about end of Nov or beginning of December I had seen a doctor At the cook county Health clinic I 2nd flr where I had xrays and the doctors who was a surgeon surgested that I have Surgery because I wanted to get my hand back to writting and playing ball or even moving it so I had agreed because he's a doctor and a specialist in hand sorgery So my finger to be normal or I can do all the things I wanted to do because I am Right handed I agreed

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:26-cv-01665 Document #: 1 Filed: 02/10/26 Page 5 of 13 PageID #:5    2 of 6

So they the doctor and his team of nurses and students of interns. Informed me that a Rod called a Hunter Rod would be put in my finger for flexiabilty or something and there would be two surgery's one for the Rod and one to fix the tendon's in my Right Pinky finger. On Dec 18 2025 10:30 am I had Surgery on my Right hand from the doctor who a Surgeon that works At Cook County Health Clinic and Hostipal Which is Stroger Hostipal I was put to sleep during Surgery with Anethesia but before the surgery I had Seen the doctor who the Surgeon who would be during the surgery I couldn't remember his name So I woke up because it was a same day Surgery I woke up about 2:00 pm to go back to Cook county Jail through Cermak Health Services where I was given a bottom bunk permit and medication to be prescribed by the doctor because the amount of pain I was in My Right hand and Pinky was Covered so I didn't see it bot felt the stitches and pain So I was prescribed tramadol for pain and Antibotic for the infection but soon as I got to my deck in Div 6 2 N where I was housed in Cook County Jail that day I didn't receive medication for pain that was So painful I could feel my hand about to explode or as if I was feeling Scraping in the inside of my hand with out medication

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:26-cv-01665 Document #: 1 Filed: 02/10/26 Page 6 of 13 PageID #:6    3 of 6

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I didn't receive my tramadol for pain or my antibiotic for Infection nor my prozac or Zoloft for PTSD and biploar depression or my High blood pressure medication on Nov, 27, 28 2025 Dec 20 which is a Saturday and Dec 25 2025 and Dec 31, Jan 1 The staff for medication didn't show to give meds for my wing in DIV 6 and 2N I have grievance all this issue and every other issues with my Pain and Infection which CCDOC nurses did nothing and changing my banage or the Infection that I showed every nurse that came on 1 shift and 2nd shift one nurse Little older nurse Black told me that they refering to cermak Health doctor's Shouldn't have started me on tramadol and antibotic then stop me so soon I only received medication after surgery for pain 4 times and I don't know about antibotic. Jan 6 2026 I went to cook county Health Clinic to get my stitches out and occupation therapy

Revised 9/2007

She then said it didn't look good she then took a picture of my hand with her phone and then proceeded to go get the other female o.t nurse who took out the stitches prior before so she even agreed that it has gotten bigger and turning colors and pussing and so sensative that it hurts so bad I was crying and held my hand in agony so I had to see a doctor and the Surgeon who preformed the surgery that put the hunter Rod in at 10:30 I was seen by another doctor and her intern to see my hand and they informed me that it indeed was infected by the rod and that the Supervisor who also is unknown to me at the moment so then the supervisor didn't come but about 1:30pm the Surgeon who performed the first Surgery came from Surgery to see me and exmaine my finger and Right hand said to me in front of female officer fleming and partner the Surgeon unknown told me he apologize to me and that he didn't expect it to go this way that there would have to remove the rod out my finger and the infection so there would be another surgery So we I mean me and Ms. fleming the officer and her partner had to go to the professional building to make an appointment at the surgeny Admin building

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

At 9:00 am I went to plastic surgery clinic I 2nd floor with the escort of officer Fleming who's a female officer and her unknown female partner I was told that the doctor have to look at my hand because the rod was maybe Infecting my Pinchy finger on my Right dominat hand cause my hand was swollen and pussing like I said in grievance that I wrote and told nurses before this date so the o t Lady took the stictbes out and It hurted so bad bleeding and hurting the doctor said the the rod was Infecting my finger and would have to be Surgery removed so he than Just prescribe me antibotic to get rid of the Infection So I get back to Cook County Jail where I go to Cermak Health Services where I still wasn't prescribe pain medication and still not receive antibotic and other meds cause Low Staffing So I had to suffer Like every holidays, or bears games the stuff of medical and correction officers do not show to give us medication Jan 13 or 12 I went to ot at 8:30 am for hand therapy at 9:00 am I Seen my o t nurse for therapy I tall white Lady who name maybe emily or thats the other ot that I have name She than exmaine my hand

Revised 9/2007

without pain medince or nothing after the Removal of the hunter Rod in my Right finger that was Infected I was numb and I was in so much pain the next day they call me to dispensary in the Jail CCDoc for three doctors to see me and they ask me why i did see anyone Last night on Jan 14 I told them that the officer said it was full and one of the male doctors said oH yeah it was full I ask why see me now out all this time I have wrote grievances and medical request about my hand while Right pinky finger is infected they said they didn't see them so then they gave me a prescription for 3 tyenol for pain and antibotic for the infection I still have stietches In my finger its Jan 22 2026

So when I went to the administrative building for surgery the officers gave the intake the paper for appt they said a walk in I was told to have a seat with shackles and chain and locks while blue boxed handcuffed all while in the hospital I heard a tall black woman whos a R.N head nurse Yolanda talking to one the supervisor and they were arguing about whos not going to get in trouble and they also couldn't find something they suppose to have for me so I can get appt but Yoland end up checking my vitals and prep before surgery which I didn't know would be. I was then transported back to the jail through cermak and when I got on deck At 10:00pm the correction officer for my deck Div6 2N told me to be ready for surgery don't eat nothing It was Jan 13 I would be having surgery tommorrow Jan 14 early in the morning I was surprise so soon. But not by the same surgeon so at 9:05am a cook county hospital which is Strogers I had surgery at the same hospital but by another surgeon I was thankful for that so I woke up to the too female officer's which is fleming and her partner when I made back to the Cook county jail at 2:30pm I didn't get dropped off in cermak which is protcol todo but the officers who transport me said it was full in cermak we was dropped off in Div 8 bull pen until someone from my Div6 come get me so I wasn't revaluate by a doctor after surgery I was sent to my wing and Div6 tier 2N

End over→

[If you need additional space for ANY section, please attach an additional sheet and reference that section.] 1 of 2

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Clearly want all Parties Jobs so as no one may suffer as I have, and Continue too. Next I would For Sheriff Thomas Dart to pay 1 million dollars For not Training his staff to be Capable of doing their Jobs. As well as For pain and Suffering and Mental anguish. I Would also ask for 1 million dollars from Cermak Health Services For their Neglegence, Dicelicction of duty and Inadequate medical treatme

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___0 1___ day of ___2 2___, 20 2 6

_____
(Signature of plaintiff or plaintiffs)

Donnell Cosby
(Print name)

2025 1 1 2 1 1 2
(I.D. Number)

Cook County Jail
2800 S California Ave Chicago IL
60608
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:26-cv-01665 Document #: 1 Filed: 02/10/26 Page 12 of 13 PageID #:12

2 of 2

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I clearly want all parties Jobs so that no one can soffer as I have suffered Next I want the surgeon That first put the hunter Rod in from Cook County Health / Stroger hospital to Pay 2 million dollars for Medical mal practice and deliberate difference pain and suffer of my dominate hand and Command Staff ccDoc for Neglegeace, Direliction of duty.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _01_ day of _22_, 20_26_

_____

(Signature of plaintiff or plaintiffs)

_Donnell cosby_
(Print name)

_2025112112_
(I.D. Number)
_Cook County Jail_
_2800 S California Ave Chicago IL_
_60608_
(Address)

Revised 9/2007

