**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Donnell Cosby (2025-1112112), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 26 C 1665 |
| v. | ) | |
| | ) | Hon. Franklin U. Valderrama |
| Tom Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons stated in the motion, Attorney Bersani's motion for relief from assignment [13] is granted. The Court recruits Ronald S. Safer, Riley Safer Holmes & Cancila LLP, 1 South Dearborn St., Suite 2200, Chicago IL 60603, rsafer@rshc-law.com, to represent Plaintiff in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11(h) and 83.37.[1] Recruited counsel is directed to file an attorney appearance by May 28, 2026 and a status report regarding his investigation of this matter by June 25, 2026. The Court notifies Plaintiff's counsel that *pro bono* litigation resources are available on the District's website at http://www.ilnd.uscourts.gov, by clicking on the link to Resources for Pro Bono Attorneys. In addition, counsel should review Local Rule 54.1 for the rules addressing the taxation of costs and the limits established by the Judicial Conference of the United States and/or published rates on the Court's website. The Clerk is directed to send a copy of this order to Plaintiff, the PACER Service Center at https://pacer.uscourts.gov/, the Systems Department of the Northern District of Illinois, Attorney Bersani, and Attorney Safer.

Dated: May 20, 2026

United States District Judge
Franklin U. Valderrama

[1]The recruited attorney falls within the class of users listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States, therefore, the above-named attorney shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court for the above-captioned case only. The assigned attorney shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of the attorney's participation in the matter. This exemption may be revoked at the discretion of the Court at any time. The attorney shall contact the PACER Service Center at 1-800-676-6856 or via the link above to make any necessary arrangements for the waiver.