**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell Cosby
Plaintiff,
v.
Thomas Dart, et al.
Defendant.

Case No.: 1:26−cv−01665
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Recruited counsel's appearance was due on 5/28/2026 [14] and is overdue. Recruited counsel is directed to file an appearance by 6/5/2026, and a status report regarding his investigation of this matter by 7/1/2026. The Clerk is directed to send a copy of this order to Plaintiff and recruited counsel. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.