**THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF
ILLINOIS**

DONNELL COSBY

*Plaintiff*,

v.

THOMAS DART, COOK COUNTY HEALTH, STROGER HOSPITAL, CERMAK HEALTH SERVICES, COMMAND STAFF, and UNKNOWN MEDICAL STAFF, *Defendants*.

Case No. 1:26-cv-01665

Judge Franklin U. Valderrama

**<u>STATUS REPORT</u>**

Pursuant to the Court's scheduling order, the Plaintiff, Donnell Cosby, submits this status report.

1. **<u>Type of Status Report.</u>**

This is a status report submitted by the Plaintiff, Donell Cosby.

2. **<u>Service of Process.</u>**

Defendants, Thomas Dart, Cook County Health, Stroger Hospital, Cermak Health Services, Command Staff, and Unknown Medical Staff, were served on July 22, 2026. An appearance has been filed on behalf of Thomas Dart. As of August 28, 2026, plaintiff's counsel has been advised by William Ragen that service will be accepted on behalf of Cermak Health Services and Stroger Hospital.

3. **<u>The Nature of the Case.</u>**

**a. Plaintiff's Counsel**

Ronald S. Safer
RILEY SAFER HOLMES & CANCILA. LLP

**Counsel for Defendants**

Jonathan Wheeler, Counsel for Defendant Thomas Dart.
No counsel has appeared for the remaining defendants.

Dated: August 28, 2026

Respectfully submitted,

DONELL COSBY (#191601)

By: /s/ *Ronald S. Safer*

Ronald S. Safer
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603 Telephone:
312.471.8700
rsafer@rshc-law.com

*Counsel for Plaintiff, Donnell Cosby*