**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| DONNELL COSBY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS DART, COOK COUNTY HEALTH, STROGER HOSPITAL, CERMAK HEALTH SERVICES, COMMAND STAFF, and UNKNOWN MEDICAL STAFF,<br><br>Defendants. | ) | Case No. 26 CV 01665<br><br>Judge Franklin U. Valderrama |

**DEFENDANT'S AGREED MOTION FOR HIPAA ORDER**

Defendant, COOK COUNTY HEALTH, by its attorney, EILEEN O'NEILL BURKE, State's Attorney of Cook County, through Michael P. Gorman, Assistant State's Attorney respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 26(c), 45 C.F.R. §§ 160 and 164, and 740 ILCS 110/1-17 for entry of the attached Agreed Qualified HIPAA and MHDDCA Protective Order. In support thereof, the Defendant states as follows:

1. Plaintiff filed the above-captioned matter against Defendants pursuant to 42 U.S.C. § 1983. (Dkt. 19, generally).

2. Darnell Cosby was in custody at the Cook County Jail during the relevant time period of his allegations. (*Id*. at ¶1).

3. Plaintiff claims are based on the alleged failure to recognize and treat his injured hand allegedly caused him damages. As such, it is highly likely medical records and protected health information will be used in the litigation.

4. Medical information is protected by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), codified primarily at 18, 26 and 42 U.S.C. (2002). The privacy standards for such information are found at 45 C.F.R. § § 160

and 164 (2000).

5. Mental health information is protected by the Mental Health and Developmental Disabilities Confidentiality Act ("MHDDCA"), codified at 740 ILCS 110/1-17 (2012).

6. The proposed "Qualified HIPAA and MHDDCA Protective Order," attached hereto as Exhibit A, will facilitate production of materials containing medical and mental health information while prohibiting use of such information for any purpose other than litigation of this case, prohibit dissemination of the medical and mental health information to non-parties outside the litigation, and require destruction of the medical and mental health information at the end of this litigation. Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law.

7. All parties to this litigation approve of the proposed HIPAA and MHDDCA Protective Order and agree to this Court's entry of the same.

8. Defendants respectfully request this Court find good cause to enter the proposed Qualified HIPAA and MHDDCA Protective Order. The proposed order will also be submitted to:

Proposed_Order_Valderrama@ilnd.uscourts.gov pursuant to this Honorable Court's standing orders.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By: */s/ Michael P. Gorman*
Michael P. Gorman
Assistant State's Attorney
Medical Litigation Unit
302 Richard J. Daley Center
Chicago, Illinois 60602

(312) 603-7954
Michael.gorman@cookcountysao.org