**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Donnell Cosby, et al.
Plaintiff,
v.
Thomas Dart, et al.
Defendant.

Case No.: 1:26−cv−01665
Honorable Franklin U. Valderrama

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Karyn L. Bass Ehler for the purpose of holding proceedings related to: Discovery Supervision (including setting all deadlines, resolution of any discovery motion, including but not limited to Defendants' motion for a protective Order [34], and resolution of any motion to stay discovery) and settlement matters. (jcm). Mailed notice.

Dated: September 24, 2026

/s/ Franklin U. Valderrama
United States District Judge